**Order filed October 10, 2019**



In The

# Fourteenth Court of Appeals

_____

NO. 14-19-00661-CR
NO. 14-19-00662-CR
NO. 14-19-00663-CR
_____

## EX PARTE JAMIN STOCKER

---

**On Appeal from the 248th District Court
Harris County, Texas
Trial Court Cause Nos. 1643380, 1643381, & 1643382**

---

## ORDER

This is an appeal from the denial of an application for writ of habeas corpus. Appellant is not represented by counsel. No brief has been filed. It is a well-established principle of federal and state law that no constitutional right to counsel exists on a writ of habeas corpus. *Ex parte Graves*, 70 S.W.3d 103, 110 (Tex. Crim. App. 2002). The court issues the following order:

Pursuant to Texas Rule of Appellate Procedure 31.1, we ORDER appellant to

file a brief in this appeal on or before November 12, 2019. If appellant fails to file his brief as ordered, we will decide this appeal upon the record before the court. *See Lott v. State*, 874 S.W.2d 687, 688 (Tex. Crim. App. 1994) (affirming conviction on record alone where appellant failed to file a pro se brief after being properly admonished); *Coleman v. State*, 774 S.W.2d 736, 738–39 (Tex. App.—Houston [14th Dist.] 1989, no pet.) (holding that former rule 74(*l*)(2) (now Rule 38.8(b)) permitted an appeal to be considered without briefs "as justice may require" when a pro se appellant has not complied with the rules of appellate procedure).


PER CURIAM



Panel consists of Chief Justice Frost and Justices Wise and Hassan.